## UNITED STATES FEDERAL COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GRETCHEN CRAWFORD, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) |
| PEN BAY HEALTH CARE and | ) |
| KNO-WAL-LIN HOME CARE AND HOSPICE, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendants Pen Bay Health Care ("PBHC") and Kno-Wal-Lin Home Care and Hospice ("KWL") (collectively referred to as "Defendants") hereby give notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, of the above-captioned matter now pending in the Maine Superior Court, Knox County, Docket No. CV-2017-00005 (the "Action"). As grounds for removal, Defendants state:

1. Plaintiff Gretchen Crawford ("Plaintiff") commenced this suit, which alleges various federal and state law civil rights violations, by filing a Complaint in the Superior Court, Knox County, on or about January 24, 2017 (the "Complaint"). A copy of the Complaint and Summonses are attached hereto as *Exhibit A*.

2. In Paragraph 1 of the Complaint, Plaintiff alleges that Defendants failed to accommodate and discriminated against her in violation of Titles I and V of the Americans with Disabilities Act, 42 U.S.C. § 12101, and the Maine Human Rights Act, 5 M.R.S.A. § 4572.

3. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter, it being an action which asserts a federal question and claims under the Americans with

Disabilities Act, 42 U.S.C. § 12101.

4. This Court having federal question jurisdiction in this matter under 28 U.S.C. § 1331, Defendants may remove this action, pursuant to 28 U.S.C. §§ 1441(a) and 1441(c), by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, Knox County. This Notice is timely, pursuant to 28 U.S.C. §1446(b).

5. Pursuant to 28 U.S.C. §1446(d), Defendants this same day are filing a copy of this Notice of Removal with the Maine Superior Court, Knox County, and sending a copy to counsel for the Plaintiff.

6. By filing this Notice of Removal, Defendants are not waiving any available affirmative defenses, including any defenses set forth in Fed. R. Civ. P. 12. Defendants reserve their right to assert such affirmative defenses in any future pleading, as appropriate.

**WHEREFORE,** Defendants Pen Bay Health Care and Kno-Wal-Lin Home Care and Hospice request that the action now pending against it in the Maine Superior Court, Knox County, CV-17-00005, be removed to the United States District Court for the District of Maine. DATED at Portland, Maine this 10th day of February, 2017.

*/s/ Peter F. Herzog*
Peter F. Herzog, Bar No. 4348
*/s/ Matthew Tarasevich*
Matthew Tarasevich, Bar No. 8402
BERNSTEIN SHUR
100 Middle Street
Portland, ME  04101
(207) 774-1200
mtarasevich@bernsteinshur.com
pherzog@bernsteinshur.com

/s/ Nicole Lorenzatti
Nicole Lorenzatti, Bar No. 9402
MAINEHEALTH
110 Free Street
Portland, ME 04101
(207) 661-7010
lorenn@mainehealth.org

Attorneys for Defendants
Pen Bay Health Care and Know-Wal-Lin
Home Care and Hospice

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2017, I electronically filed *Defendants' Notice of Removal* with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Gregory E. Snow, Bar No. 4987
>Gregory E. Snow, LLP
>22 Horse Farm Lane
>P.O. Box 188
>South Thomaston, Maine 04858
>(207) 593-2494


>*/s/ Peter F. Herzog*
>Peter F. Herzog
>Attorney for Defendants
>
>BERNSTEIN SHUR
>100 Middle Street, P.O. Box 9729
>Portland, Maine  04104-5029
>(207) 774-1200